IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PALUXY MESSAGING LLC,<br><br>Plaintiff,<br><br>v.<br><br>RING PLUS, INC.,<br><br>Defendant. | CIVIL ACTION NO 6:17-cv-133<br><br>JURY TRIAL DEMANDED |

### ORDER OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and corresponding Notice of Voluntary Dismissal filed by Plaintiff Paluxy Messaging LLC, it is hereby ORDERED, ADJUDGED AND DECREED that this action is voluntarily dismissed.

The clerk is directed to close the case.

SO ORDERED.

**SIGNED this 24th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE